IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Dennis Pointer,

    Plaintiff,

v.

Mr. Marc, et al.,

    Defendants.

Case No. 2:11-cv-0109

JUDGE JAMES L. GRAHAM
Magistrate Judge Kemp

## ORDER

By order dated July 28, 2011, the Court, pursuant to 28 U.S.C. §1915(g), denied plaintiff's motion for leave to proceed *in forma pauperis* and ordered plaintiff to pay the full $350.00 filing fee within thirty days if he wished to proceed with this case. He has not done so. Consequently, this case is **DISMISSED** for want of prosecution. It will not be reinstated on the court's active docket even if plaintiff subsequently pays the filing fee. McGore v. Wrigglesworth, 114 F.3d 601 (6th Cir. 1997). All pending motions are **DENIED** and the Clerk is directed to terminate this case.

**IT IS SO ORDERED.**

September 21, 2011

                              JAMES L. GRAHAM
                              United States District Judge